DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
estallard@downeybrand.com

Attorneys for Defendant
GOLDEN 1 CREDIT UNION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CASPERSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE GOLDEN 1 CREDIT UNION, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:13-cv-00481-JAM-KJN<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Pursuant to Local Rule 144 (a), Plaintiff Carl Casperson and Defendants Douglas Knutsen, Phyllis Knutsen, Koraf Corporation, and the Golden 1 Credit Union (collectively, "Defendants"), by and through their respective attorneys of record, Tanya Moore on behalf of Plaintiff, Matthew Brady on behalf of Defendants Douglas Knutsen, Phyllis Knutsen, and Koraf Corporation, and Elizabeth B. Stallard on behalf of Defendant Golden 1 Credit Union, stipulate as follows:

　　　　1.　Defendants Douglas Knutsen, Phyllis Knutsen, and Koraf Corporation previously received an extension of time to April 19, 2013, for purposes of responding to the Complaint in this action.

　　　　2.　Defendant Golden 1 Credit Union has received no prior extensions of time for purposes of responding to the Complaint in this action.  Golden 1 Credit Union's response to the

1312045.1

1

PDF created with pdfFactory trial version www.pdffactory.com

Complaint is currently due on or before April 26, 2013.

3. An additional extension is required in order to provide Defendants with sufficient time to complete an accessibility inspection of the property and evaluate potential settlement of Plaintiff's claims.

4. Defendants are all granted an extension to respond or otherwise plead reference to Plaintiff's complaint. Defendants' responses are due no later than May 10, 2013.

DATED: April 16, 2013          MOORE LAW FIRM

By: /s/ Tanya E. Moore [as authorized 4/16/2013]
TANYA E. MOORE
Attorneys for Plaintiff
Carl Casperson

DATED: April 16, 2013          MATTHEW V. BRADY

By: /s/ Matthew V. Brady [as authorized 4/16/2013]
MATTHEW V. BRADY
Attorneys for Defendants
Douglas Knutsen, Phyllis Knutsen, and Koraf Corporation

DATED: April 16, 2013          DOWNEY BRAND LLP

By: /s/ Elizabeth B. Stallard
ELIZABETH B. STALLARD
Attorneys for Defendant
Golden 1 Credit Union

IT IS ORDERED that Defendants Douglas Knutsen, Phyllis Knutsen, Koraf Corporation, and Golden 1 Credit Union shall have until May 10, 2013, to respond to the Complaint.

Dated: 4/16/2013          /s/ John A. Mendez
United States District Court Judge

1312045.1                          2

STIPULATION RE EXTENSION OF TIME

PDF created with pdfFactory trial version www.pdffactory.com