Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Carl Casperson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL CASPERSON,<br><br>            Plaintiff,<br><br>       vs.<br><br>THE GOLDEN 1 CREDIT UNION, et al.,<br><br>            Defendants. | No.  2:13-cv-00481-JAM-KJN<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;  ORDER** |

**WHEREAS,** Plaintiff Carl Casperson ("Plaintiff") seeks to amend his complaint to allege additional barriers relating to his disability which were identified by Plaintiff's consultant at the site inspection of the subject property conducted on June 28, 2013, as permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and required by *Oliver v. Ralphs Grocery Co*., 654 F.3d 903, 909 (9th Cir. 2011);

**WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad faith, the amendment is not futile, and such amendment does not prejudice Defendants, The Golden 1 Credit Union, a California Corporation; Koraf Corporation, a California Corporation; Douglas Knutsen; and Phyllis Knutsen aka Phyllis Tokerud (collectively "Defendants"), nor does the amendment in any way change the nature of the action;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

1  Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may
2  file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."  Although
3  Defendants are hereby stipulating to the filing of the First Amended Complaint, Defendants do
4  not concede that the alleged barriers identified in the First Amended Complaint exist or form a
5  basis for Plaintiff to obtain relief in this action.

6     **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
7  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
8  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
9  filed.

10    **IT IS SO STIPULATED**.

12  Dated: September 4, 2013                MOORE LAW FIRM, P.C.

13                                          */s/ Tanya E. Moore*
14                                          Tanya E. Moore
                                            Attorneys for Plaintiff
15                                          Carl Casperson

16  Dated: September 4, 2013                DOWNEY BRAND LLP

18                                          */s/ Elizabeth B. Stallard*
19                                          Janlynn R. Fleener
                                            Elizabeth B. Stallard
20                                          Attorneys for Defendant
                                            The Golden 1 Credit Union

22  Dated: September 4, 2013                LAW OFFICES OF MATTHEW V. BRADY

24                                          */s/ Matthew V. Brady*
                                            Matthew V. Brady
25                                          Attorney for Defendants
                                            Koraf Corporation, Douglas Knutsen, and Phyllis
26                                          Knutsen aka Phyllis Tokerud

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: September 5, 2013         /s/ John A. Mendez_____

                                                      United States District Court Judge