1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Carl Casperson
6

7

8
                     **UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

11
   CARL CASPERSON,                      )  No.  2:13-cv-00481-JAM-KJN
12                                      )
              Plaintiff,                )  **STIPULATION GRANTING PLAINTIFF**
13                                      )  **LEAVE TO FILE FIRST AMENDED**
         vs.                            )  **COMPLAINT;  ORDER**
14                                      )
   THE GOLDEN 1 CREDIT UNION, et al.,   )
15                                      )
              Defendants.               )
16 _____)

17

18       **WHEREAS,** Plaintiff Carl Casperson ("Plaintiff") seeks to amend his complaint to

19 allege additional barriers relating to his disability which were identified by Plaintiff's

20 consultant at the site inspection of the subject property conducted on June 28, 2013, as

21 permitted by *Chapman v. Pier 1 Imports (U.S.), Inc.*, 631 F.3d 939, 944 (9th Cir. 2011), and

22 required by *Oliver v. Ralphs Grocery Co*., 654 F.3d 903, 909 (9th Cir. 2011);

23       **WHEREAS,** Plaintiff has not unduly delayed the amendment, does not bring it in bad

24 faith, the amendment is not futile, and such amendment does not prejudice Defendants, The

25 Golden 1 Credit Union, a California Corporation; Koraf Corporation, a California Corporation;

26 Douglas Knutsen; and Phyllis Knutsen aka Phyllis Tokerud (collectively "Defendants"), nor

27 does the amendment in any way change the nature of the action;

28       **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and

1  Defendants, the parties hereto, through their respective attorneys of record, that Plaintiff may
2  file a First Amended Complaint, a copy of which is attached hereto as Exhibit "A."  Although
3  Defendants are hereby stipulating to the filing of the First Amended Complaint, Defendants do
4  not concede that the alleged barriers identified in the First Amended Complaint exist or form a
5  basis for Plaintiff to obtain relief in this action.

6       **IT IS FURTHER STIPULATED** that Plaintiff will file his First Amended Complaint
7  within five (5) calendar days of the Court's Order permitting such filing, and that Defendants'
8  response thereto shall be filed within fourteen (14) days after the First Amended Complaint is
9  filed.

10      **IT IS SO STIPULATED**.

11

12  Dated: September 4, 2013          MOORE LAW FIRM, P.C.

13
                                     */s/ Tanya E. Moore*
14                                   Tanya E. Moore
                                     Attorneys for Plaintiff
15                                   Carl Casperson

16  Dated: September 4, 2013          DOWNEY BRAND LLP
17

18                                   */s/ Elizabeth B. Stallard*
                                     Janlynn R. Fleener
19                                   Elizabeth B. Stallard
20                                   Attorneys for Defendant
                                     The Golden 1 Credit Union
21

22  Dated: September 4, 2013          LAW OFFICES OF MATTHEW V. BRADY

23
                                     */s/ Matthew V. Brady*
24                                   Matthew V. Brady
                                     Attorney for Defendants
25                                   Koraf Corporation, Douglas Knutsen, and Phyllis
26                                   Knutsen aka Phyllis Tokerud

27

28

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT;
[PROPOSED] ORDER

## ORDER

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is filed.

**IT IS FURTHER ORDERED** that Defendants' response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

**IT IS SO ORDERED**.

Dated: September 5, 2013                                             /s/ John A. Mendez_____

                                                                                       United States District Court Judge

STIPULATION GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER

Page 3