Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile  (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Carl Casperson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CASPERSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>THE GOLDEN 1 CREDIT UNION, a California Corporation; KORAF CORPORATION, a California Corporation; DOUGLAS KNUTSEN; PHYLLIS KNUTSEN aka PHYLLIS TOKERUD,<br><br>          Defendants. | No.  2:13-cv-00481-JAM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DATES IN SCHEDULING ORDER AND SET DATE FOR STATUS CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER TO VACATE DATES IN SCHEDULING ORDER AND TO SET NEW DATE FOR STATUS CONFERENCE

Page 1

1 **WHEREAS**, on October 16, 2013, Tanya E. Moore, counsel of record for plaintiff, Carl Casperson ("Plaintiff"), filed a motion to withdraw as Plaintiff's attorney of record on the grounds that her client terminated her services and that she could no longer effectively represent him (Dkt. 19);

5 **WHEREAS**, the Court issued a Scheduling Order in this matter on May 15, 2013 (Dkt. 15);

7 **WHEREAS**, after the Scheduling Order issued, defendants and Plaintiff, through their counsel, engaged in meaningful settlement negotiations and were cautiously optimistic that a settlement would be reached without the expense of extensive discovery, and thus have not conducted any discovery in this matter other than a site inspection of the subject property;

12 **WHEREAS**, the hearing on Plaintiff's counsel's motion to withdraw is set for December 11, 2013, which date is *after* the last date set for expert witness disclosures of November 22, 2013, and leaves little time for the parties to engage in the completion of discovery prior to the February 28, 2014 discovery cut-off date (which is the last date by which all discovery motions must be heard and any orders complied with);

17 **WHEREAS,** if counsel's motion is granted, at present Plaintiff will be without counsel. Plaintiff, or his counsel if he later obtains counsel, will need time to understand the case, proceed with discovery and participate in any settlement conference to which the Court may refer the parties;

21 **WHEREAS,** Plaintiff's counsel cannot continue performing substantive work for Plaintiff who has terminated her services (such as choosing and disclosing experts), and it furthers the interests of justice that new dates be set that are agreeable to Plaintiff (or his new counsel) and defendants in light of Plaintiff's counsel's pending motion to withdraw.

25 **NOW, THEREFORE**, the parties, by and through their counsel of record, hereby stipulate as follows:

27 1. All dates set in the Court's May 15, 2013 Scheduling Order (Dkt. 15) be vacated; and

2. A Status Conference be set for a date after January 15, 2014 at the Court's convenience.

**IT IS SO STIPULATED**.

Dated:  October 24, 2013                              MOORE LAW FIRM, P.C.


                                                      */s/ Tanya E. Moore*
                                                      Tanya E. Moore
                                                      Attorneys for Plaintiff
                                                      Carl Casperson

Dated:  Octobr 23, 2013                               DOWNEY BRAND LLP

                                                      */s/ Janlynn R. Fleener*
                                                      Janlynn R. Fleener
                                                      Attorneys for Defendant,
                                                      The Golden 1 Credit Union

Dated:  October 23 2013                               LAW OFFICES OF MATTHEW V. BRADY


                                                      */s/ Matthew V. Brady*
                                                      Matthew V. Brady
                                                      Attorney for Defendants,
                                                      Koraf Corporation, Douglas Knutsen,
                                                      and Phyllis Knutsen


**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that all dates set in the Scheduling Order dated May 15, 2013 (Dkt. 15) are hereby VACATED.

**IT IS FURTHER ORDERED** that the Parties appear, in person, at a Status Conference on January 22, 2014 at 9:30 am, in Courtroom 6, and that a Joint Status Report be filed no later than fourteen days prior to the conference.

**IT IS SO ORDERED**.

Dated: October 25, 2013                               /s/ John A. Mendez
                                                      JOHN A. MENDEZ
                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER TO VACATE DATES IN SCHEDULING ORDER AND TO SET NEW DATE FOR STATUS CONFERENCE