UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL CASPERSON,<br><br>       Plaintiff,<br><br>   v.<br><br>GOLDEN 1 CREDIT UNION, et al.,<br><br>       Defendants. | No.  2:13-cv-0481-JAM-KJN<br><br><br>ORDER |

On March 8, 2013, plaintiff, represented by counsel, filed his original complaint. (ECF No. 2.) Plaintiff's counsel filed a motion to withdraw as attorney for plaintiff on October 16, 2013 (ECF No. 19), and District Judge John A. Mendez issued an order granting this motion on December 12, 2013 (ECF No. 26).  Because plaintiff was proceeding without counsel, this action was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

Thereafter, on April 29, 2014, plaintiff filed a proposed consent order for substitution of attorney. (ECF No. 33.)  Therein, plaintiff proposed that attorney Matthew K. J. Ninke be substituted as counsel of record in place of plaintiff proceeding pro se.  (Id.)  On May 5, 2014, District Judge John A. Mendez approved of plaintiff's proposal and ordered that Matthew K. J. Ninke be substituted as plaintiff's attorney of record in place of plaintiff proceeding pro se.

////

////

1

Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-trial proceedings in "actions in which all the plaintiffs or defendants are proceeding in propria persona, including dispositive and non-dispositive motions and matters. Actions initially assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if a party appearing in propria persona is later represented by an attorney in accordance with L.R. 180." E.D. Cal. L.R. 302(c)(21).

In light of the appearance of counsel on plaintiff's behalf, and with defendants also represented by counsel, neither all the plaintiffs nor all the defendants in this action are proceeding in propria persona. Therefore, further proceedings in this action, other than discovery motions and other matters appropriately referred to the undersigned under the court's Local Rules, should now be noticed before the United States District Judge assigned to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred to the United States District Judge assigned to this action. See E.D. Cal. L.R. 302(c)(21).

2. All dates pending before the undersigned are VACATED.

IT IS SO ORDERED.

Dated: May 6, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2